IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:23-CV-00050-MOC-DSC

| | |
|---|---|
| **FRANCIS J. FARINA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| **MAZDA MOTOR OF AMERICA, INC.,** et. al., | ) |
| | ) |
| **Defendants.** | ) |

**THIS MATTER** is before the Court on the "Motion[s] for Admission *Pro Hac Vice* and Affidavit[s] [for Robert L. Wise and Danielle Gibbons]" (documents ##13 and 14) filed March 15, 2023. For the reasons set forth therein, the Motions will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel and to the Honorable Max O. Cogburn, Jr.

**SO ORDERED**. Signed: March 16, 2023

David S. Cayer
United States Magistrate Judge