UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:23-cv-50-MOC-SCR

| | |
|---|---|
| FRANCIS F. FARINA, ) <br> On behalf of himself and others ) <br> similarly situated, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> ) <br> MAZDA MOTOR OF AMERICA, INC., ) <br> KEFFER MAZDA, ) <br> On behalf of himself and others ) <br> similarly situated, ) <br> ) <br> Defendants. ) <br> _____ ) | **ORDER** |

This matter is before the Court on its own motion.

The parties filed a status report on July 21, 2024, but they have not updated the Court on the case status since then.

The parties shall therefore file another status report within 20 days of entry of this Order.

**IT IS SO ORDERED.**

Signed: October 17, 2024

*/s/ Max O. Cogburn Jr.*
Max O. Cogburn Jr.
United States District Judge

1