UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:23-cv-50-MOC-SCR

| | |
|---|---|
| FRANCIS F. FARINA,<br>On behalf of himself and others<br>similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MAZDA MOTOR OF AMERICA, INC.,<br>KEFFER MAZDA,<br>On behalf of himself and others<br>similarly situated,<br><br>Defendants. | **ORDER** |

**THIS MATTER** is before the Court on its own motion filing the parties' respective Status Updates in this matter. (Doc. Nos. 55, 56, 58).

The Court has considered the parties' respective representations. **The Court hereby lifts the imposed Stay.**

The parties shall, within 10 days, either jointly or individually, report to the Court whether the pending motions on the docket (Doc. Nos. 32, 35) have been affected by the stay and/or proceedings in Guthrie and whether either motion will be terminated, with new motions to be filed in their place.

**IT IS SO ORDERED**.

Signed: December 16, 2024

Max O. Cogburn Jr
United States District Judge