UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:23-cv-50-MOC-SCR

| | |
|---|---|
| FRANCIS F. FARINA, ) <br> On behalf of himself and others ) <br> similarly situated, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> ) <br> MAZDA MOTOR OF AMERICA, INC., ) <br> KEFFER MAZDA, ) <br> On behalf of himself and others ) <br> similarly situated, ) <br> ) <br> Defendants. ) <br> _____) | **ORDER** |

This matter is before the Court on the parties' respective status reports as ordered by the Court. (Doc. Nos. 58, 60, 61, 62).

This Court has determined that Defendants will be allowed to file a renewed motion to dismiss as requested in their status report. See (Doc. No. 61).

Defendants shall have 20 days from entry of this Order to file a renewed motion to dismiss. The Court will rule on the motion to dismiss before ruling on Plaintiff's motion for discovery.

The Clerk is instructed to terminate the pending motion to dismiss, (Doc. No. 32), and Defendants shall file a renewed motion to dismiss in its place.

**IT IS SO ORDERED**.

1

Signed: January 8, 2025

Max O. Cogburn Jr
United States District Judge